IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL MANNING, *as the Administrator of the* ESTATE OF TERENCE CRUTCHER, SR., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 17-CV-336-TCK-FHM |
| *The* CITY OF TULSA, *a municipal corporation*, *et al*., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER ON DEFENDANT'S WITHDRAWAL OF MOTION TO QUASH [DKT. 65]

On this 20th day of December, 2018, Defendant City of Tulsa's Withdrawal of the Motion to Quash Subpoena Duces Tecum issued to CALEA comes before the Court. [Dkt. 93].

Pursuant to the representation made by counsel for Defendant City of Tulsa, this court understands a compromise has been reached among the parties with regard to the Subpoena Duces Tecum issued to CALEA. Accordingly, this resolves the issue put forth before the court in the Motion to Quash filed by the City of Tulsa. [Dkt. 65]. Therefore, the court finds the same to be withdrawn and no longer pending for ruling.

IT IS SO ORDERED this 20th day of December, 2018.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE