# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) MICHAEL MANNING, in his capacity as Administrator for the Estate of Terence Crutcher, Sr., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:17-cv-00336-EFM-SH |
| vs. | ) ) | |
| (1) CITY OF TULSA, a municipal corporation, *et al.*, | ) ) ) | **ORDER** |
| Defendants. | ) | |

NOW before the Court is Plaintiff's Unopposed Motion to Extend Deadline to Respond to Defendants' Motions for Summary Judgment [Dkt. # 198]. The motion is GRANTED. Plaintiff shall file his responses to Defendants' motions for summary judgment on or before September 29, 2023.

IT IS SO ORDERED.

_____
ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE