IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MICHAEL MANNING, AS THE ADMINISTRATOR OF THE ESTATE OF TERENCE CRUTCHER, SR., <br><br> Plaintiff, <br><br> v. <br><br> (1) CITY OF TULSA <br> A municipal corporation, <br><br> (2) BETTY JO SHELBY, <br>    individually, <br><br><br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 17-CV- 336-EFM-SH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT BETTY SHELBY'S OPPOSED MOTION TO EXCEED THE PAGE LIMIT IN HER REPLY BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant Betty Shelby, by and through her counsel of record, and respectfully submits her opposed Motion to exceed the page limit by four pages for her reply brief in support of her dispositive motion. In support of this motion, Defendant states as follows:

1. Counsel for Defendant has discussed this motion with counsel for the Plaintiff, and he objects to this motion. The co-defendant City of Tulsa has no objection.

2. Plaintiff's response brief to Defendant Shelby's Motion for Summary Judgment contains a section of thirty-four (34) "Additional Material Facts Precluding Summary Judgment." (Dkt. 202, p. 6). In order to adequately respond to those

34 additional facts, Defendant needs an additional four pages beyond the 10-page limit imposed by local rule 7.1 (d).

3. The deadline for the filing of Defendant Shelby's reply brief is October 20, 2023. (Dkt. 210).

WHEREFORE premises considered, Defendants respectfully requests the Court to grant Defendant's motion to exceed the page limit by four pages beyond the limit set by local rule 7.1 (d).

Respectfully submitted,

*/s/ Scott B. Wood*
Scott B. Wood, OBA 12536
WOOD, PUHL & WOOD, P.L.L.C.
4037 E. 49th St.
Tulsa, Oklahoma 74135
*Tel* (918) 742-0808 / *Fax* (918) 742-0812
*Attorney for Defendant Betty Jo Shelby*

## CERTIFICATE OF SERVICE

This is to certify that on October 15, 2023, I electronically transmitted the foregoing document to the following ECF registrants:

M. David Riggs
Damario Solomon-Simmons
Melvin C. Hall
Ben Crump
Robert Lafferandre
Randall Wood
Jessica Dark
Jeffrey Hendrickson
Shannon McMurray

/s/ Scott B. Wood