# United States District Court

---------------------- NORTHERN DISTRICT OF OKLAHOMA---------------------

**MICHAEL MANNING,**
as the Administrator of the
Estate of Terence Crutcher, Sr.,

       **Plaintiffs,**

v.                                                                 Case No:   17-336-EFM

**CITY OF TULSA, and**
**BETTY JO SHELBY,**

       **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order filed on April 8, 2024, Doc. 215, Defendant Betty Jo Shelby's  Motion for Summary Judgment, Doc. 193 is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's vicarious wrongful death claim against Defendant City of Tulsa is DISMISSED without Prejudice.

IT IS FURTHER ORDERED that Defendant City of Tulsa's Motion for Summary Judgment, Doc. 196, is DENIED AS MOOT.

This case is closed.

April, 10, 2024_____
    Date

*Eric F. Melgren*
ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE