# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2026

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Betty Jo Shelby
v. Michael Manning, as Administrator of the Estate of Terence Crutcher, Sr., et al.
No. 25-1420
(Your No. 24-5058)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

**Denise Ambrosio**

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, October 5, 2026 4:42 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 24-5058 Manning v. City of Tulsa, et al "Supreme Court order denying certiorari" (4:17-CV-00336-EFM-SH) |

******NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.***

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 10/05/2026 at 3:41:50 PM Mountain Daylight Time and filed on 10/05/2026

| | |
|---|---|
| **Case Name:** | Manning v. City of Tulsa, et al |
| **Case Number:** | 24-5058 |
| **Document(s):** | Docket Entry #68 |

**Docket Text:**
[11324511] Supreme Court order dated 10/05/2026 denying certiorari filed by. [24-5058]

**Notice will be electronically mailed to:**

Lee Ross Crain: lcrain@gibsondunn.com, lee-r-crain-1925@ecf.pacerpro.com
Mrs. Jessica Lauren Dark: jdark@piercecouch.com, kodonnell@piercecouch.com
Jeffrey C. Hendrickson: jhendrickson@piercecouch.com, jgirouard@piercecouch.com, cahtone@piercecouch.com
Aiyanna W. Isom: aisom@gibsondunn.com, aiyanna-isom-1024@ecf.pacerpro.com
Mr. Robert S. Lafferrandre: rlafferrandre@piercecouch.com, kodonnell@piercecouch.com
Karin S Portlock: kportlock@gibsondunn.com
Julia Turner Ross: jross@gibsondunn.com
Damario D. Solomon-Simmons: dss@solomonsimmons.com, eweinberg@solomonsimmons.com
Mr. Randall James Wood: rwood@piercecouch.com, lsheppard@piercecouch.com
Mr. Scott B. Wood: okcoplaw@aol.com

The following document(s) are associated with this transaction:

**Document Description:** Main Document
**Original Filename:** Order 24-5058.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=10/05/2026] [FileNumber=11324511-0]
[233cc6df7a33954f3e8d6464d45d9845dafbbcc137d976d0015035fd839b5d6a6bc0e2bba484835b64a6
a8b6c7edc8ee6548a485e98f2a8af090e71b5d3fba90]]